# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of July, two thousand twenty-one.

| | |
|---|---|
| United States of America, Ex Rel, Michael Quartaro, State of New York, | **ORDER** |
|     Plaintiffs-Appellees, | Docket Nos. 21-1534(CON), 21-1745(CON) |
| v. | |
| Catholic Health System of Long Island Inc., St. Catherine of Siena Medical Center, DBA Catholic Health Services of Long Island, | |
|     Defendants-Appellants, | |
| St. Catherine of Siena Nursing Home, et al., | |
|     Defendants. | |

    Appellants move to withdraw the appeal in docket 21-1745 and to reassign the docketing fee to docket number 21-1534.

    Docket 21-1534 is an interlocutory appeal which was authorized by this Court's order dated June 23, 2021 (Docket No. 21-490). In order to satisfy the fee for docket 21-1534, Appellants filed a notice of interlocutory appeal in the district court and paid the fee, which resulted in this Court opening docket 21-1745.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

